# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 18, 2019

## NO. 03-19-00510-CV

**Lone Star Laboratory Group, LLC, Appellant**

**v.**

**Benchmark Specialties, Inc., Appellee**

**APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the interlocutory order signed by the trial court on July 18, 2019. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.